PHILLIP A. TALBERT
Acting United States Attorney
BRIAN K. DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>SERGIO ORTEGA-MALDONADO,<br><br>                    Defendant. | CASE NO. 1:16 CR 00096 LJO-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>CURRENT DATE: August 3, 2016<br>CURRENT TIME: 2:30 p.m.<br>COURT: Hon. Jennifer L. Thurston<br><br>PROPOSED DATE: October 3, 2016<br>PROPOSED TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Sergio Ortega-Maldonado, by and through defendant's counsel of record, John Frederick Garland, hereby stipulate as follows:

1.       Defendant Sergio Ortega-Maldonado was indicted on July 7, 2016, and made his initial appearance on that indictment in the Eastern District of California on August 3, 2016.

2.       At his August 3, 2016 arraignment, this matter was set for status on October 3, 2016 at 1:00 p.m.  U. S. Magistrate Thurston did not inquire of the parties whether they would agree to the

exclusion of time and the parties did not raise the subject. "Time was <u>not</u> excluded".

3. By this stipulation, parties now move to exclude time between August 3, 2016 and October 3, 2016, inclusive, under the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

4. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes many of pages of reports and pleadings, photographs, numerous recorded consensual telephone calls and other recorded conversations conducted in Spanish which must be translated. This discovery will be produced directly to counsel within 14 days of this motion.

b) Counsel for defendant desires additional time to review the current charges, to review the discovery, to conduct research and investigation related to the charges and potential pretrial motions, and to consult with his client.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 3, 2016 to October 3, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

must commence.

     IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  August 4, 2016 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ BRIAN K. DELANEY<br>BRIAN K. DELANEY<br>Assistant United States Attorney |
| Dated:  August 4, 2016 | /s/ per email authorization<br>John Frederick Garland<br>Counsel for Defendant<br>Sergio Ortega-Maldonado |

## FINDINGS

Based upon the stipulation set forth above, the Court **FINDS**:

1. The government will produce discovery to the defendant's counsel within the time set forth by law;

2. The defendant's attorney needs sufficient time to review the discovery and the charges, to conduct research and investigation into the matter and to consult with his client.

## ORDER

Based upon these findings, the Court **ORDERS**:

1. Good cause exists and the interests of the public and the defendant in a speedy trial are outweighed by the need to take the actions set forth above;

///
///
///
///

2. Pending the next hearing on October 3, 2016, time is excluded from the calculation under the Speedy Trial Act pursuant to Local Codes T4.

IT IS SO ORDERED.

Dated: __August 4, 2016__                    /s/ Jennifer L. Thurston
                                             UNITED STATES MAGISTRATE JUDGE